JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMERA JANSON, an individual; and ANIELA KENNEDY an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LOCAL WASTE MANAGEMENT, a Texas corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. SACV14-01787-JLS (DFMx)<br><br>[*Case assigned to District Judge Josephine L. Staton, Magistrate Judge Douglas F. McCormick*]<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint filed: October 3, 2014<br>Removal: November 10, 2014 |

Pursuant to Stipulation between the parties and FOR GOOD CAUSE SHOWN it is hereby ORDERED that all claims for relief in the above-captioned action brought by Plaintiffs Tamera Janson and Aniela Kennedy against Defendants Waste Management, Inc. and WM Corporate Services, Inc. are dismissed in their entirety with prejudice pursuant to FRCP Rule 41(a)(1), each side to bear their own fees and costs herein.

IT IS SO ORDERED:

DATED: March 16, 2016

_____
JOSEPHINE L. STATON
HON. JOSEPHINE L. STATON
United States District Court

1